NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Elizabeth Lou
826 S. Atlantic Blvd.
Monterey Park, CA 91754

Attorney for Yi Chen

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR 2:21-cr-00075-MCS |
| v. | |
| Yixin Li, aka "Eason Li" and "Calvin Wong" and Yi Chen, aka "Brian Chen," | APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING |
| DEFENDANT. | |

Application is made by ☐ plaintiff ☑ defendant  Yi Chen
that a hearing be held to review /reconsider the decision of

☑ United States District Judge   Paul Abrams   by order dated: 3/8/21

☐ Magistrate Judge _____   by order dated: _____

☑ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

   Personal sureties.

Relief sought *(be specific)*:
   Release.

Counsel for the defendant and plaintiff United States Government consulted on   March 9, 2021
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☑ PSA ☐ Interpreter ☐ USM ☐ Probation
on  March 9, 2021 .

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

March 9, 2021
Date

Moving Party  Elizabeth Lou
Attorney for Defendant Yi Chen

---

APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (06/07)