Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

FILED
2021 MAR -8 AM 9: 08
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| v. | ~~LA19CR19LA0001~~  21 CR 75-MCS-2 |
| PLAINTIFF | |
| Yi CHEN | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____  DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on March 8, 2021 08:30 at ☑ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked:
   Conspiracy, 18 USC 371; Visa Fraud, 18 USC 1546(a); and Aggravated Identity Theft, 18 USC 1028A

5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☑ Yes   Language: Mandarin

7. Year of Birth: 1987

8. Defendant has retained counsel: ☐ No
   ☑ Yes   Name: Elizabeth Lou   Phone Number: (626) 289-1490

9. Name of Pretrial Services Officer notified: Fernando Basulto

10. Remarks (if any): Form prepared on 3/7/21. Emailed following confirmation of surrender.

11. Name: Christopher Taylor (please print)

12. Office Phone Number: (562) 254-9593

13. Agency: Homeland Security Investigations

14. Signature: CHRISTOPHER P TAYLOR  Digitally signed by CHRISTOPHER P TAYLOR  Date: 2021.03.07 16:57:04 -08'00'

15. Date: 03/08/2021

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION