NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Elizabeth Lou
826 S. Atlantic Blvd.
Monterey Park, CA 91754

Attorney for Yi Chen

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Yixin Li, aka "Eason Li" and "Calvin Wong" and Yi Chen, aka "Brian Chen," DEFENDANT. | CASE NUMBER CR 2:21-cr-00075-MCS APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING |
|---|---|

Application is made by ☐ plaintiff ☒ defendant Yi Chen that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☒ Magistrate Judge Paul Abrams _____ by order dated: 03/08/2021

☒ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☒ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

Defendant Yi Chen's proposed sureties are:
1. Kenneth L. Lu, MD, Ophthalmologist, 622 W. Duarte Rd., #101, Arcadia, CA 626-446-2122; neighbor of Yi Chen
2. Kevin Nee, Insurance Agent, US Citizen; Tel: 323-233-8888
3. Mike Guofeng Gao, Insurance Agent, 16511 E. Nubia St., Covina, CA Tel: 626-620-4588
4. Lina Ta, US Citizen, 1540 Euclid Ave., #B, San Gabriel, CA Tel: 626-244-1246

Relief sought *(be specific)*:
Release upon cash bail and signature bond from sureties.

Counsel for the defendant and plaintiff United States Government consulted on _____ and opposing counsel declines to stipulate to an order providing the relief sought.

☒ Telephonic notice given to ☒ AUSA ☐ Defendant's Counsel ☒ PSA ☐ Interpreter ☐ USM ☐ Probation
on _____.

An interpreter is ☐ required ☐ not required. Language _____
Defendant is ☒ in custody ☐ not in custody.

03/11/2021
Date

Moving Party   Elizabeth Lou
Attorney for Defendant Yi Chen

APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (06/07)