Lisa Zhao Liu (State Bar No. 277024)
Law Offices of Lisa Z. Liu, P.C.
200 S. Garfield Ave Ste 103
Alhambra, CA 91801
(626) 988-6800 Telephone
(626) 988-6868 Facsimile

Attorney for Defendant:
YI CHEN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     vs.<br>YI CHEN<br>          Defendant. | **Case No. CR-21-00075-MCS**<br><br>**Stipulation of the Parties for<br>Release of Defendant Yi Chen on Bond** |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Matthew Chan and Julia Hu, and defendant Yi Chen, by and through his attorney, Lisa Zhao Liu, hereby stipulate and request that the Court release defendant Yi Chen on bond upon the following conditions after discussion with Pretrial Services (PSA):

1. Within 48 hours, Defendant to appear and sign for his own bond;
2. An appearance bond in the amount of $100,000, to be secured with the filing of one Affidavit of Surety without Justification to be signed by Kevin Nee;
3. Defendant shall submit to supervision by PSA;
4. Defendant shall surrender all passports to PSA and not apply for a passport during the pendency of this case;
5. Defendant's travel is restricted to the Central District of California unless permission is granted by PSA. Court permission is required for international travel;
6. Defendant shall reside as approved by pretrial services and not relocate without prior permission by PSA;

7. Defendant shall maintain and/or seek employment as approved by pretrial services;

8. Defendant shall avoid all contact, directly or indirectly including by any electronic means with any known co-defendant except in the presence of counsel;

9. Defendant shall not use or possess any identification, mail matter, access device, or identification-related material other than in your own legal or true name without prior permission from PSA;

10. Defendant shall participate in the Location Monitoring Program and abide by all of the requirements of the program, under the direction of PSA, which will include a location monitoring bracelet. It will be location monitoring only with no restrictions. Location Monitoring to be set up 24 hours after the defendant is released and defendant will be responsible for all costs associated with the Location Monitoring Program in his case.

IT IS SO STIPULATED

DATED: 3/19/21

/s/ via email authorization

Matthew Chan

Special Assistant United States Attorney

DATED: 3/19/21

Lisa Zhao Liu

Attorney for Defendant

YI CHEN