# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:21-cr-00075-MCS-2 |
| Date | March 21, 2022 |
| Present: The Honorable | Mark C. Scarsi, United States District Judge |
| Interpreter | Wayne Chan (Mandarin) |

| Stephen Montes Kerr | Katie Thibodeaux | Julia Hu and Maria Jhai |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Yi Chen | X | X | | Shaun Khojayan | X | | X |

**6th** Day COURT TRIAL  ____ Day JURY TRIAL  ____ Death Penalty Phase

____ One day trial;  ____ Begun (1st day);  ____ Held & continued;  **X** Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made

____ Witnesses called, sworn and testified.

____ Exhibits identified  ____ Exhibits admitted

____ Government rests.  ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made  ____ Court instructs jury  ____ Bailiff sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

____ Alternates excused  ____ Jury retires to deliberate  ____ Jury resumes deliberations

**X** Finding by Court as follows:  ____ Jury Verdict as follows:

Dft # **2** Guilty on count(s) 10 and 21  **X** Not Guilty on count(s) 1, 9, and 11-19

____ Jury polled  ____ Polling waived

____ Filed Witness & Exhibit lists  ____ Filed Jury notes  ____ Filed Jury Instructions  ____ Filed Jury Verdict

**X** Dft # **2** Referred to Probation Office for Investigation & Report and continued to 6/27/2022 at 3:00 p.m. for sentencing.

**X** Dft # **2** remanded to custody.  **X** Remand/Release# D9628 issd.  **X** Dft # ____ released from custody.

____ Bond exonerated as to Dft # _____

____ Case continued to _____ for further trial/further jury deliberation.

____ Other:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

Case Number: 2:21-cr-00075-MCS-2
Defendant: Yi Chen

____:20

Initials of Deputy Clerk   SMO